# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN OLIVER SNOW, | ) | 3:14-CV-0290-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 18, 2015 |
| DAVID A. MAR, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN      REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to inquire status of the amending of a defendant (#37) is **DENIED without prejudice**. The deputy attorney general shall meet and confer with plaintiff to determine whether a stipulation to change the defendant's name can be filed. If no agreement can be reached, plaintiff has leave to file a motion to amend with an attached proposed amended complaint that is complete in itself as required by LR 15-1.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
Deputy Clerk