**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN OLIVER SNOW,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID A. MAR, *et al.,*<br><br>    Defendants. | CASE NO.: 3:14-CV-00290-RCJ-VPC<br><br>**ORDER** |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#71[1]) entered on January 20, 2016, recommending that the Court deny Defendants' Motion to Dismiss (ECF #54). Defendants filed Objections Magistrate Judge's Report and Recommendation (ECF #72) on February 9, 2016, and Plaintiff filed his response to the objections (ECF #73) on February 18, 2016.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#71) entered on January 20, 2016, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (ECF #54) is DENIED.

IT IS SO ORDERED this 3rd day of March, 2016.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.