FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 16 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN OLIVER SNOW,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAVID A. MAR, et al.,<br><br>　　　　　Defendant. | 3:14-cv-0290-RCJ-VPC<br><br><br>**REPORT AND RECOMMENDATION**<br>**OF U.S. MAGISTRATE JUDGE** |

　　　　This Report and Recommendation is made to the Honorable Robert C. Jones, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4. Before the court is plaintiff's motion to dismiss Linda Klomp[1] (#82). Defendants filed a notice of non-opposition (#91). Therefore, the court recommends that plaintiff's motion be granted.

　　　　The parties are advised:

　　　　1.　　Pursuant to 28 U.S.C. § 636(b)(1)(c) and Rule IB 3-2 of the Local Rules of Practice, the parties may file specific written objections to this Report and Recommendation within fourteen days of receipt. These objections should be entitled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

---

[1] Plaintiff incorrectly spelled Ms. Klomp's name in the complaint as Ms. Klump.

-1-

2. This Report and Recommendation is not an appealable order and any notice of appeal pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment.

**IT IS THEREFORE RECOMMENDED** that plaintiff's motion to dismiss Linda Klomp (#82) be **GRANTED**.

DATED: May 16, 2016.

_____
UNITED STATES MAGISTRATE JUDGE