UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| JOHN OLIVER SNOW, | CASE NO.: 3:14-CV-00290-RCJ-VPC |
| Plaintiff, | |
| v. | O R D E R |
| DAVID A. MAR, *et al.*, | |
| Defendants. | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #93) entered on May 16, 2016, in which the Magistrate Judge recommends the Court grant Plaintiff's Motion to Dismiss Linda Klomp (ECF #82). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #93).

IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss Linda Klomp (ECF #82) is GRANTED.

IT IS SO ORDERED this 17th day of June, 2016.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE