## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN OLIVER SNOW, | ) | 3:14-CV-0290-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 16, 2016 |
| | ) | |
| DAVID A. MAR, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion concerning discovery disputes (ECF No. 98) in which he requests unspecified assistance from the court with his discovery.  Defendants filed a response (ECF No. 103).  No reply was filed.  Plaintiff's motion (ECF No. 98) is **DENIED**.

Plaintiff's motion for an extension of time for medical reasons (ECF No. 109) is **GRANTED**.  Plaintiff shall have to and including **Thursday, December 15, 2016** to file an opposition to defendants' motion for summary judgment.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
          Deputy Clerk