# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| JOHN OLIVER SNOW,                      ) <br> ) <br> Plaintiff,              ) <br> ) <br> vs.                       ) <br> ) <br> DAVID A. MAR et al.,                    ) <br> ) <br> Defendants.              ) <br> ) | 3:14-cv-00290-RCJ-VPC <br><br> **ORDER** |

        IT IS HEREBY ORDERED that the unopposed Motion to Dismiss (ECF No. 74) is

GRANTED, and Correctional Medical Services, Inc. is DISMISSED from the case.

        IT IS SO ORDERED.

Dated this 21st day of September, 2016.

_____
ROBERT C. JONES
United States District Judge