**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHN OLIVER SNOW,

    Plaintiff,

    v.

DAVID A. MAR, *et al.,*

    Defendant.

CASE NO.: 3:14-CV-00290-RCJ-VPC

**ORDER**

Before the Court is the Reports and Recommendations of U.S. Magistrate Judge (ECF Nos. 100, 122[1]) entered on August 10, 2016 and January 23, 2017, recommending that the Court deny Plaintiff's Motion for Preliminary Injunction (ECF No. 84); deny Defendants' Motion for Summary Judgment (ECF No. 105); and grant Plaintiff's Motions to Dismiss Romero Aranas (ECF Nos. 99, 117). On February 6, 2017, Defendants filed Objections to Magistrate Judge's Report and Recommendation (ECF No. 122) (ECF No. 125).

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Reports and Recommendation (ECF No. 100) entered on August 10, 2016 and (ECF No. 122) entered on January 23, 2017, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Plaintiff's Motion for Preliminary Injunction (ECF No. 84) is DENIED.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment (ECF No. 105) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motions to Dismiss Romero Aranas (ECF Nos. 99, 117) are GRANTED.

IT IS SO ORDERED this 16TH day of February, 2017.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.