ADAM PAUL LAXALT
  Attorney General
IAN CARR, Bar #13840
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1259
E-mail: icarr@ag.nv.gov

*Attorneys for Defendants*
*David Mar*
*and E.K. McDaniel*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN OLIVER SNOW,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID A. MAR, et al.,<br><br>    Defendants. | Case No. 3:14-cv-00290-RCJ-VPC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**(SECOND STIPULATION)** |

Plaintiff, John Oliver Snow, appearing *pro se*, and Defendants David Mar and E.K. McDaniel (Defendants), by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Ian Carr, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 6(b)(1), that the deadline for filing a joint pretrial order in the above-captioned action should be extended by fifteen (15) days[1] from the current deadline, for a new deadline of Friday, February 19, 2018.

///
///
///
///
///
///

---

[1] Because fifteen (15) calendar days would set the new deadline to a Saturday, the parties agree that the following Monday should be the new deadline.

1

This Stipulation for an Extension of Time to File the Joint Pretrial Order is executed pursuant to the agreement of the parties to continue ongoing earnest and good faith settlement negotiations via teleconferences and correspondence. Accordingly, the parties assert that the requisite good cause is present to justify extension pursuant to FED. R. CIV. P. 6(b)(1). Therefore, the parties respectfully request that this Court extend the joint pretrial order deadline through and until February 19, 2018.

* * *

DATED this 26th day of January, 2018.

By: _____
JOHN OLIVER SNOW #19598
*Plaintiff, Pro Se*

DATED this 26TH day of January, 2018.

ADAM PAUL LAXALT
Attorney General

By: _____
IAN CARR
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendants*

IT IS SO ORDERED.

DATED this 6 day of FEB, 2018.

_____
UNITED STATES DISTRICT JUDGE

2